14321

STATE OF SOUTH CAROLINA v. GEORGIA POWER CO.

(186 S. E., 926)

Before GREENE, J., Oconee, September, 1934.

*Messrs. Colquitt, Parker, Troutman & Arkwright* and *Hughs & Hughs*, for appellant,

Messrs. *John M. Daniel, Attorney General, J. Ivey Humphrey* and *M. J. Hough, Assistant Attorneys General, R. T. Jaynes, W. C. Mann* and *S. M. Wolfe,* for respondent, ▉

June 29, 1936.

The opinion of the Court was delivered by MR. JUSTICE CARTER.

This case, the State of South Carolina, as plaintiff, against the defendant, Georgia Power Company, a corporation, commenced in the Court of Common Pleas for Oconee County, is an action for recovery of certain penalties alleged to be due the State of South Carolina by the defendant, and the case comes to this Court on appeal from an order in the cause issued by his Honor, Judge G. B. Greene, dismissing the defendant's motion for the purpose of quashing and setting aside the substituted service of the summons and complaint on the defendant.

The decree of Judge Greene is a very strong decree, but, in our opinion, the case is controlled by the recent case of *Dyar v. Georgia Power Company,* 173 S. C., 527, 176 S. E., 711, the opinion in which case was filed a few days after

the decree prepared by Judge Greene in the case at bar; the facts in the case at bar being substantially the same as the facts in the case of *Dyar v. Georgia Power Company, supra.* The opinion in that case, therefore, forecloses the questions presented in the case at bar.

The exceptions are therefore sustained, the order appealed from reversed, and the motion of the defendant to quash and set aside the service is granted.

Mr. Chief Justice Stabler and Messrs. Justices Bonham, Baker and Fishburne concur.